# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-8616 FMO (JCx) | Date | October 29, 2018 |
|---|---|---|---|
| Title | Kevin McCormick v. Namaste Technologies Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**    (In Chambers) Order to Show Cause Re: Personal Jurisdiction and Venue

On October 6, 2018, plaintiff Kevin McCormick ("plaintiff") filed a Complaint against defendant Namaste Technologies Inc. ("Namaste"), and various of Namaste's corporate officers (collectively, "defendants"), alleging securities fraud in violation of 15 U.S.C. §§ 78j(b) & 78t(a). (See Dkt. 1, Complaint at ¶ 2). Plaintiff does not make any allegations as to why the court has personal jurisdiction over defendants. (See, generally, id.). Plaintiff alleges that venue is proper because "the alleged misstatements entered and the subsequent damages took place in this judicial district." (Id. at ¶ 4).

A defendant may be subject to either general or specific personal jurisdiction. See Daimler AG v. Bauman, 517 U.S. 117, 127, 134 S.Ct. 746, 754 (2014). General jurisdiction applies when defendants' contacts with the forum state are "so continuous and systematic as to render [them] essentially at home." Id. at 139, 134 S.Ct. at 761 (quotation and alteration marks omitted). The court may assert specific personal jurisdiction over nonresident defendants if three requirements are met: "(1) [t]he non-resident defendant must purposefully direct his activities or consummate some transaction with the forum or resident thereof; or perform some act by which he purposefully avails himself of the privilege of conducting activities in the forum, thereby invoking the benefits and protections of its laws; (2) the claim must be one which arises out of or relates to the defendant's forum-related activities; and (3) the exercise of jurisdiction must comport with fair play and substantial justice, i.e. it must be reasonable." Schwarzenegger v. Fred Martin Motor Co., 374 F.3d 797, 802 (9th Cir. 2004). The court's analysis "looks to the defendant's contacts with the forum State itself, not the defendant's contacts with persons who reside there." Walden v. Fiore, 571 U.S. 277, 285, 134 S.Ct. 1115, 1122 (2014). "[T]he plaintiff cannot be the only link between the defendant and the forum." Id.

Plaintiff does not allege any specific contacts between defendants and the state of California, nor does plaintiff allege how its causes of action arise out of or relate to those contacts. (See, generally, Dkt. 1, Complaint). Plaintiff also does not allege any specific facts showing that the events giving rise to this litigation occurred in this District. (See, generally, id.). Further, plaintiff's Complaint alleges only that defendant Namaste is located in Canada, (see id. at ¶ 7),

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 18-8616 FMO (JCx)** | Date | **October 29, 2018** |
|---|---|---|---|
| Title | **Kevin McCormick v. Namaste Technologies Inc., et al.** | | |

and that at least one of the allegedly-deceptive statements made by the defendants was issued from Canada. (See id. at ¶ 16). Thus, it is not clear how this brings the matter within the ambit of this court.

      Accordingly, IT IS ORDERED that no later than **November 6, 2018**, plaintiff shall show cause in writing why this action should not be dismissed for lack of personal jurisdiction or transferred for lack of proper venue. **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to either: (1) the dismissal of the action without prejudice for lack of personal jurisdiction and/or failure to comply with a court order; or (2) transfer of the instant action to the appropriate venue**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |